UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOLGA DNEPR UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, *et al.*, <br><br> Defendants. | Case No. C20-800-RSM <br><br> ORDER DENYING PLAINTIFF'S MOTION TO SEAL |

This matter comes before the Court on Plaintiff Volga Dnepr UK Ltd. ("VDA")'s Motion to Seal documents and statements filed in connection with its complaint and motion for temporary restraining order. Dkt. #2. Defendants the Boeing Company and Boeing Commercial Airplanes ("Boeing") filed a Response to the motion to seal stating that Boeing did not object to unsealing the materials filed under seal, including all material Boeing had previously designated as "confidential." Dkt. #23.

Having reviewed the relevant briefing, the Court hereby finds and ORDERS that Plaintiff VDA's Motion to Seal, Dkt. #2, is DENIED. The CLERK SHALL UNSEAL Dkts. #3, 7, 8, and 9 no earlier than **ten (10) days** from the date of this Order.

ORDER DENYING PLAINTIFF'S MOTION TO SEAL - 1

DATED this 6th day of July, 2020.

                                  RICARDO S. MARTINEZ
                                  CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION TO SEAL - 2