CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOLGA-DNEPR UK LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY AND BOEING COMMERCIAL AIRPLANES, A DIVISION OF THE BOEING COMPANY,<br><br>        Defendants. | No. 2:20-cv-00800-RSM<br><br>ORDER RE PLAINTIFF'S RULE 41(a)(1(A)(ii) VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Based on the Stipulation of the parties filed October 23, 2020, by Plaintiff Volga-Dnepr UK Ltd. ("VDA") and Defendant The Boeing Company ("Boeing"), IT IS ORDERED that VDA's Complaint filed May 27, 2020, is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED this 27th day of October, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

AGREED ORDER RE PLAINTIFF'S
VOLUNTARY DISMISSAL
(No. 2:20-cv-00800-RSM) – 1
92308295.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

PRESENTED BY:

*s/ Eric J. Weiss*
Harry H. Schneider, Jr., WSBA No. 9404
HSchneider@perkinscoie.com
Eric B. Wolff, WSBA No. 43047
EWolff@perkinscoie.com
Eric J. Weiss, WSBA No. 44807
EWeiss@perkinscoie.com
Laura C. Hill, WSBA No. 49229
LHill@perkinscoie.com
Gregory F. Miller, WSBA No. 56466
GMiller@perkinscoie.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Defendants The Boeing Company and Boeing Commercial Airplanes, a division of The Boeing Company*


PRESENTED BY:

*s/ David M. Schoeggl*
David M. Schoeggl, WSBA No. 13638
schoeggld@lanepowell.com
Michael "Mac" Brown, WSBA No. 49722
BrownM@lanepowell.com
Stephania Camp Denton, WSBA No. 21920
DentonS@lanepowell.com
Joseph D. Adamson, WSBA No. 54752
AdamsonJ@lanepowell.com
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101
Telephone:  206.223.7000
Facsimile:  206.223.7107

*Attorneys for Plaintiff Volga-Dnepr UK Ltd.*

AGREED ORDER RE PLAINTIFF'S
VOLUNTARY DISMISSAL
(No. 2:20-cv-00800-RSM) –2
92308295.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000